COMMONWEALTH of Pennsylvania

v.

George W. BURKHARDT, Appellant.

Supreme Court of Pennsylvania.

Argued Jan. 27, 1994.
Decided Feb. 15, 1994.

Michael A. George, Gettysburg, for G.W. Burkhardt.

essentially only provided what this Court had implied in the *Heffner–Pontius* cases. Moreover, the question is not whether Keystone's insureds were able to recover between the *Heffner–Pontius* cases and the *Freeze* decision, but rather, whether Keystone had an obligation to inform them of the potential for recovery and that it was no longer acting in the interest of its unrepresented insureds. Finally, it is clear that as of the date of this Court's decision in *Freeze*, only three months had elapsed since Mrs. Miller received her last benefits, and quite conceivably *a full year* remained before the estate's claims would have been time barred. 402 Pa.Super. at 230–232, 586 A.2d at 944–45.

John A. Kenneff, Millersville, James J. Karl, Lancaster, for Com.

Robert A. Graci, Harrisburg, for Atty. General's Office.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.